IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:23CR3091 |
| vs. | |
| SHELBY OLSON, | ORDER |
| Defendant. | |

Defendant was released from the Hall County jail on August 23, 2023 to begin residential treatment at the Veterans Administration in Grand Island, Nebraska. The person scheduled to transport him did not pick him up and he did not report to the Veterans Administration as ordered.

Accordingly,

IT IS ORDER that Defendant shall immediately return to Marshal custody at the Hall County Jail. If he fails to do so, the court will issue a warrant for his arrest.

Dated this 24th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge