IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3091 |
| vs. | |
| SHELBY OLSON, | **ORDER** |
| Defendant. | |

IT IS ORDERED that Defendant shall be immediately released to walk to the Veteran's Administration in Grand Island, Nebraska to begin treatment.

Dated this 29th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge